NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant*

v.

**SG INTERACTIVE INC., BLIZZARD ENTERTAINMENT, INC., KOG GAMES INC., RELOADED GAMES, INC.,**
*Defendants-Appellees*

---

2016-2741, -2742, -2743, -2744

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00178-RGA, 1:13-cv-00826-RGA, 1:13-cv-00827-RGA, and 1:13-cv-00828-RGA, Judge Richard G. Andrews.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the four appeals.

Accordingly,

2    PARALLEL NETWORKS, LLC v. SG INTERACTIVE INC.

It Is Ordered That:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than November 29, 2016.

For the Court

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32